Franco LOPEZ, a/k/a Eduardo
T. Hernandez, Petitioner–
Appellant,

v.

S. Frank THOMPSON, Respondent–
Appellee.

No. 97–35837.

United States Court of Appeals,
Ninth Circuit.

Sept. 20, 1999.

Before: HUG, Chief Judge.

**ORDER**

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, *Lopez v. Thompson*, 175 F.3d 1120 (9th Cir.1999), is withdrawn.

Charles E. McDOWELL,
Petitioner–Appellee,

v.

Arthur CALDERON, Warden,
Respondent–Appellant.

No. 98–99032.

United States Court of Appeals,
Ninth Circuit.

Sept. 23, 1999.

Before: HUG, Chief Judge.

ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three–judge panel opinion *McDo-well v. Calderon*, 173 F.3d 1186 (9th Cir. 1999), is withdrawn.